UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BCR CARPENTRY LLC, KIMBERLY ENRIGHT, WILLIAM DEMOLA, MICHAEL BENT, and AMY ARROYO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US, LLC, et al.,<br><br>Defendants. | Civil Action No. 21-19364 (GC) (JTQ)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Defendant FCA US, LLC's Motion to Dismiss the Consolidated Second Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure (Rule) 12(b)(6). (ECF No. 69.) Following briefing by the parties, the Court carefully considered the submissions and decided the matter without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Opinion, and other good cause shown,

**IT IS** on this 23rd day of October, 2024 **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 69-1) is **GRANTED**.
2. Plaintiffs' claims are **DISMISSED** with prejudice.
3. The Clerk's Office is directed to **TERMINATE** the motion pending at ECF No. 69 and to **CLOSE** this case.

GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE