UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-3202
_____

BCR CARPENTRY LLC; KIMBERLY ENRIGHT; WILLIAM DEMOLA; MICHAEL BENT; AMY ARROYO, on behalf of themselves and all others similarly situated,
Appellants

v.

FCA US, LLC

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 3:21-cv-19364)
District Judge: Honorable Georgette Castner

_____

Argued July 8, 2025

Before: KRAUSE, MATEY and PHIPPS, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court for the District of New Jersey and was argued on July 8, 2025. On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered on October 24, 2024, is hereby **AFFIRMED**. Costs will be taxed against Appellants.

2

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: October 3, 2025